IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Covington, Lakisha

Printed: 2/19/08

Case Number: 07 B 17362
Judge: Squires, John H
Filed: 9/24/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: January 9, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Asset Acceptance | Unsecured | 73.08 | 0.00 |
| 2. | Commonwealth Edison | Unsecured | 250.10 | 0.00 |
| 3. | Westlake Hospital | Unsecured | 480.90 | 0.00 |
| 4. | AAA Checkmate LLC | Unsecured | 98.15 | 0.00 |
| 5. | Brother Loan & Finance | Unsecured | 101.54 | 0.00 |
| 6. | Hudson & Keyse | Unsecured | 111.14 | 0.00 |
| 7. | Asset Acceptance | Unsecured | 104.72 | 0.00 |
| 8. | Z-Tel Communications Inc | Unsecured | 56.04 | 0.00 |
| 9. | Jefferson Capital Systems LLC | Unsecured | 59.16 | 0.00 |
| 10. | Cottonwood Financial Ltd | Unsecured | 52.09 | 0.00 |
| 11. | Peoples Energy Corp | Unsecured | 38.01 | 0.00 |
| 12. | Resurgent Capital Services | Unsecured | 34.34 | 0.00 |
| 13. | City Of Chicago Dept Of Revenue | Unsecured | 719.86 | 0.00 |
| 14. | Illinois Dept Of Public Aid | Priority | | No Claim Filed |
| 15. | America's Financial Choice Inc | Unsecured | | No Claim Filed |
| 16. | Credit Protection Association | Unsecured | | No Claim Filed |
| 17. | Charter One Bank | Unsecured | | No Claim Filed |
| 18. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 19. | Cash Store | Unsecured | | No Claim Filed |
| 20. | Aaron Sales & Lease Ow | Unsecured | | No Claim Filed |
| 21. | Anthony Evans | Unsecured | | No Claim Filed |
| 22. | Andrew Harris | Unsecured | | No Claim Filed |
| 23. | Elgin Auto Sales | Unsecured | | No Claim Filed |
| 24. | Jefferson Capital Systems LLC | Unsecured | | No Claim Filed |
| 25. | IQ Tel | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Covington, Lakisha

Printed: 2/19/08

Case Number: 07 B 17362
Judge: Squires, John H
Filed: 9/24/07

| | | | | |
|---|---|---|---|---|
| 26. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 27. | U.S. Department Of Education | Unsecured | | No Claim Filed |
| 28. | Peter Sahlas | Unsecured | | No Claim Filed |
| 29. | U S Cellular | Unsecured | | No Claim Filed |
| 30. | Donald L Williams | Unsecured | | No Claim Filed |

$ 2,179.13       $ 0.00

### TRUSTEE FEE DETAIL

Fee Rate        Total Fees

$ 0.00

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

